IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| RICHARD W. COOK, Plaintiff, | : |
| vs. | : 1:04-CV-130(WLS) |
| STEVEN UPTON, Defendant. | : |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. #29), filed May 31, 2005. It is recommended that Defendant's Motion to Dismiss be granted. No objection has been filed.

Upon full consideration, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the order of this Court for reason of the findings made and reasons set out therein. Accordingly, Defendant Upton's Motion to Dismiss is GRANTED.

SO ORDERED, this 13th day of July, 2005.

W. Louis Sands, Chief Judge
United States District Court

-1-